# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTONIO SPIZZIRRI, JR., <br><br> Plaintiff, <br><br> v. <br><br> PNC BANK, N.A. and SAFEGUARD PROPERTIES MANAGEMENT, LLC, <br><br> Defendants. | Case No. 1:20-cv-03839 <br><br> Judge Sharon J. Coleman <br><br> Magistrate Judge Gabriel A. Fuentes |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff, ANTONIO SPIZZIRRI, JR., and Defendants, PNC BANK, N.A. ("PNC") and SAFEGUARD PROPERTIES MANAGEMENT, LLC ("Safeguard") (collectively, "the Parties") have reached a global settlement and are in the process of consummating the settlement. The Parties intend on filing a joint stipulation of dismissal within 45 days.

Dated: May 16, 2022

Respectfully submitted,

**ANTONIO SPIZZIRRI, JR.**

/s/ *Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8180
mbadwan@sulaimanlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 16, 2022 a copy of the foregoing was filed electronically via CM/ECF with the United States District Court for the Northern District of Illinois, which will be sent to all attorneys of record.

/s/ *Mohammed O. Badwan*